**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**U.S. Bank, National Association as Trustee For WAMU Mortgage Pass Through Certificate for WMALT Series 2007-OA1 Trust,**
**Plaintiff,**

**v.** **Civil Action No. 20-CV-11698-PBS**

**Bridget E. Fletcher and Jon Fletcher, Option One Mortgage Corporation,**
**Defendants,**

**and**

**First Horizon Bank f/k/a First Tennessee Bank, National Association, and Shawsheen River Realty Limited Partnership,**
**Parties-in-Interest.**

**DEFAULT JUDGMENT UNDER FED. R. CIV. P. 55(b)**

**Saris, Patti B.**

The Defendant, Option One Mortgage Corporation ("Option One"), having failed to plead or otherwise defend in this action and its default having been entered;

Now, upon application of the Plaintiff, U.S. Bank, National Association as Trustee for WAMU Mortgage Pass Through Certificate for WMALT Series 2007-OA1 Trust ("U.S. Bank"), the Complaint and affidavits demonstrating that:

a. Option One is not an infant or incompetent person or in the military service of the United States; and further that,

b. On November 25, 2003, the Defendants, Bridget E. Fletcher and Jon Fletcher (hereinafter collectively referred to as the "Mortgagors") gave a Mortgage on the Property to Option

One dated November 25, 2003 and recorded with the Essex County (Northern District) Registry of Deeds in Book 8426, Page 231 (the “Prior Mortgage”); and further that,

c. Option One is the mortgagee of record of the Prior Mortgage; and further, that,

d. On February 24, 2006, the Defendants executed and delivered a Promissory Note in favor of First Horizon Home Loan Corporation (“First Horizon”), in the amount of nine hundred fifty thousand and 00/100 ($950,000.00) dollars; and further that,

e. U.S. Bank is the holder/owner of the Fletcher Note, which is endorsed in blank; and further that,

f. To secure the debt evidenced by the Fletcher Note, the Defendants gave a Mortgage on the Property to First Horizon, dated February 24, 2006, and recorded with the Essex County (Northern District) Registry of Deeds in Book 10062, Page 2 (“Fletcher Mortgage”); and further that,

g. The Fletcher Mortgage was assigned from First Horizon to Mortgage Electronic Registration Systems, Inc. (“MERS”), by virtue of an Assignment of Mortgage dated July 9, 2007, and recorded with the Essex County (Northern District) Registry of Deeds in Book 10841, at Page 135; and further that,

h. The Fletcher Mortgage was further assigned from MERS to U.S. Bank by virtue of an Assignment of Mortgage dated October 20, 2012, and recorded with the Essex County (Northern District) Registry of Deeds in Book 13195, at Page 132; and further that,

i. U.S. Bank is the mortgagee of record of the Fletcher Mortgage and holder of legal title to the Property, *see U.S. Bank Nat’l Ass’n v. Ibanez*, 458 Mass. 637, 654 (2011)(recognizing that an Assignment of Mortgage represents a conveyance of legal title to the mortgaged premises); and further that,

j. A portion of the proceeds from the Fletcher Mortgage Loan were used to pay off the Prior Mortgage; and further that,

k. Although the Prior Mortgage was paid off upon the closing of the Fletcher Mortgage Loan, the instrument remains undischarged as a matter of record; and further that,

l. The undischarged Prior Mortgage constitutes a cloud on title to the Property; and further that,

m. As the mortgagee of record and holder of legal title, U.S. Bank is entitled to a Declaratory Judgment quieting title to the Property to reflect that the Prior Mortgage has been discharged.

It is hereby It is hereby ORDERED, ADJUDGED, AND DECREED that

(a) Title to the Property shall be quieted to reflect that the Prior Mortgage has been discharged.

By the Court,

/s/ Casey Baker

Dated: 2/26/2021

Deputy Clerk